IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| IN RE APPLICATION OF TARGET AUSTRALIA PTY LTD, | § § § | |
| Applicant, | § § | |
| VS. | § | NO. 4:13-CV-153-A |
| MARCY DICKERSON LLC D/B/A MUDD PUPPY COSMETICS, | § § § § | |
| Respondent. | § | |

## O R D E R

Came on for consideration a document filed in the above action by respondent, Marcy Dickerson, LLC, d/b/a Mudd Puppy Cosmetics, titled "Respondent Marcy Dickerson, LLC's Response to Application for Order Under 28 U.S.C. § 1782 Permitting Target Australia Pty Ltd to Issue A Subpoena for the Production of Documents From Marcy Dickerson LLC d/b/a Mudd Puppy Cosmetics, and Request for Stay Pending Grant of Protective Order." Respondent indicates that she does not object to providing the information sought by the proposed subpoena, but asks that the court either stay issuance of the subpoena until the court signs an agreed protective order, or grant the subpoena under the condition that respondent be given until after the court signs a protective order to respond to the subpoena.

The court typically does not become involved in matters of confidentiality between parties, and has no intention of doing so in this action. The court sees no reason why applicant and respondent cannot include pertinent confidentiality and non-disclosure provisions in a legally enforceable agreement between them without causing the court to devote its time and attention to the matter. See Form Status Report Order at 7-8 & n.4, available at:

http://www.txnd.uscourts.gov/judges/jmcbryde_req.html.

Inasmuch as applicant, Target Australia Pty Ltd., is unopposed to the relief requested by the motion, the court will stay issuance of the subpoena for a period of time that should enable applicant and respondent to reach an agreement on the terms of a protective order.

Therefore,

The court ORDERS that by 4:00 p.m. on April 15, 2013, applicant and respondent file a document with the court informing the court as to whether applicant wishes the court to issue the subpoena.

SIGNED March 27, 2013.

_____
JOHN McBRYDE
United States District Judge

2