U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 17 2013

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re Application of TARGET AUSTRALIA PTY LTD,<br><br>Applicant,<br><br>MARCY DICKERSON LLC d/b/a MUDD PUPPY COSMETICS,<br><br>Respondent. | Civil Action No. 4:13-cv-00153-A |

## ORDER GRANTING APPLICATION UNDER 28 U.S.C. § 1782 PERMITTING TARGET AUSTRALIA PTY LTD TO ISSUE A SUBPOENA FOR THE PRODUCTION OF DOCUMENTS FROM MARCY DICKERSON LLC D/B/A MUDD PUPPY COSMETICS

Upon consideration of the Application for Order Under 28 U.S.C. § 1782 (the "Application") filed by Target Australia Pty Ltd ("Target") and the supporting Declaration of Timothy John Golder for an Order to obtain discovery pursuant to 28 U.S.C. § 1782, and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied,

IT IS HEREBY ORDERED that the Application is granted and Target may serve Marcy Dickerson LLC d/b/a Mudd Puppy Cosmetics ("Mudd Puppy") with the subpoena that is attached as Exhibit 1 to the Application; and

IT IS FURTHER ORDERED that Mudd Puppy shall produce documents at the offices of Texas counsel for Target, MacDonald Devin c/o Mr. Steven R. Baggett, 3800 Renaissance Tower, 1201 Elm Street, Dallas, Texas 75270, pursuant to the subpoena on the date so specified on the subpoena, which shall be no less than thirty (30) days after service of the subpoena on Mudd Puppy, or at such other date, time and place as is otherwise agreed by Target and Mudd Puppy and as is consistent with the Federal Rules of Civil Procedure.

SIGNED THIS 17 day of April, 2013.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE