# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re Application of TARGET AUSTRALIA
PTY LTD,

        Applicant,

MARCY DICKERSON LLC d/b/a MUDD
PUPPY COSMETICS,

        Respondent.

Civil Action No. 4:13-cv-00153-A

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED

     APR 3 0 2013

CLERK, U.S. DISTRICT COURT
              Deputy
```

## ACKNOWLEDGMENT OF SERVICE OF SUBPOENA ON MARCY DICKERSON LLC D/B/A MUDD PUPPY COSMETICS

As counsel of record for Respondent Marcy Dickerson LLC d/b/a Mudd Puppy Cosmetics ("Mudd Puppy") in the above-entitled and numbered proceeding, I hereby confirm that I am authorized to accept service of the subpoena referenced in the Court's Order Granting Application Under 28 U.S.C. § 1782 Permitting Target Australia Pty. Ltd. to Issue a Subpoena for the Production of Documents from Marcy Dickerson LLC d/b/a Mudd Puppy Cosmetics dated April 17, 2013 on behalf of Mudd Puppy. I also acknowledge that I have been served with the subpoena on behalf of Mudd Puppy by hand delivery on this 24th day of April, 2013.

                               Guy V. Manning
                               Counsel of Record for Marcy
                               Dickerson LLC d/b/a Mudd Puppy
                               Cosmetics

653744

                                         1